(108 So. 622)

**Henry N. SEAY v. STATE.** (4 Div. 276.)

(Supreme Court of Alabama. April 29, 1926. Rehearing Denied June 3, 1926.)

Certiorari to Court of Appeals.

Sollie & Sollie, of Ozark, for petitioner.
Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Petition of Henry N. Seay for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Seay v. State, 108 So. 620.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.